ARTHUR LANE, *Plaintiff in Error,* V. STATE OF FLORIDA,
*Defendant in Error.*

Decision Filed February 25, 1927.

A Writ of Error to the Criminal Court of Record for
Hillsborough County; W. Raleigh Petteway, Judge.

*W. K. Zewadski, Jr.,* and *William C. Pierce,* for Plaintiff
in Error;

*J. B. Johnson,* Attorney General, and *Roy Campbell,*
Assistant, for the State.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the judgment herein, and briefs and argument of counsel

·for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.